Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017

Attorneys for Plaintiff
SAVE MART SUPERMARKETS

Roger A. Moore, Esq. SBN: 146375
Law Offices of Roger A. Moore
A Professional Corporation
2291 West March Lane, Ste. A-102
Stockton, California 95207
Telephone: (209) 957-0007
Facsimile: (209) 957-9007

Attorney for Defendant
STEPHEN ESCOBAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAVE MART SUPERMARKETS,<br><br>     Plaintiff,<br><br>vs.<br><br>STEPHEN ESCOBAR,<br><br>     Defendant. | Case No.:  1:11-CV-01685-LJO-GSA<br><br>**STIPULATION AND ORDER CONTINUING NON-EXPERT AND EXPERT DISCOVERY DEADLINES** |

    Plaintiff SAVE MART SUPERMARKETS and Defendant STEPHEN ESCOBAR hereby stipulate, by and through their respective counsel, to continue the dates by which the parties are required to complete non-expert and expert discovery.  The current deadlines for completion of non-expert and expert discovery were set by the Court's March 17, 2012 Scheduling Conference Order (Docket # 17).

The parties agree and respectfully request that the deadlines for non-expert and expert discovery be continued for thirty (30) days, as follows:

| Event | Deadline Set by Scheduling Conference Order | [Proposed] Continued Date |
|---|---|---|
| Non-Expert Discovery Cutoff | 5/31/12 | 7/2/12 |
| Expert Disclosure | 6/21/12 | 7/23/12 |
| Supplemental Expert Disclosure | 7/11/12 | 8/10/12 |
| Expert Discovery Cutoff | 7/31/12 | 8/30/12 |

The parties respectfully make this request because the parties believe that an approximately 30-day extension is mutually convenient for all counsel and parties and will give the parties additional time to continue settlement negotiations.

The parties have made no other modifications to deadlines in the case.

The parties' current request for a continuance of the non-expert and expert discovery deadlines will not alter any other dates or deadlines set by Court order.

DATED: April 19, 2012

LAW OFFICES OF ROGER A. MOORE

By: /s/ Roger A. Moore
Roger A. Moore
Attorneys for Defendant
STEPHEN ESCOBAR

DATED: April 19, 2012

TRUCKER ✦ HUSS

By: /s/ Clarissa A. Kang
Clarissa A. Kang
Attorneys for Plaintiff
SAVE MART SUPERMARKETS

I attest that my firm has obtained Mr. Moore's concurrence in the filing of this document.

DATED: April 19, 2012                              TRUCKER ✦ HUSS

                                                   By: /s/ Clarissa A. Kang
                                                       Clarissa A. Kang

IT IS SO ORDERED.

   Dated:   **April 20, 2012**                     **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

STIPULATION AND ORDER CONTINUING NON-EXPERT AND EXPERT DISCOVERY DEADLINES;   3
Case No.: 1:11-CV-01685-LJO-GSA
#1247092