Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone:    (415) 788-3111
Facsimile:     (415) 421-2017

Attorneys for Plaintiff
SAVE MART SUPERMARKETS

Roger A. Moore, Esq. SBN: 146375
Law Offices of Roger A. Moore
A Professional Corporation
2291 West March Lane, Ste. A-102
Stockton, California 95207
Telephone: (209) 957-0007
Facsimile: (209) 957-9007

Attorney for Defendant
STEPHEN ESCOBAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAVE MART SUPERMARKETS,<br><br>            Plaintiff,<br><br>     vs.<br><br>STEPHEN ESCOBAR,<br><br>            Defendant. | Case No.:  1:11-CV-01685-LJO-GSA<br><br>**SECOND STIPULATION AND ORDER CONTINUING NON-EXPERT AND EXPERT DISCOVERY DEADLINES** |

Plaintiff SAVE MART SUPERMARKETS and Defendant STEPHEN ESCOBAR hereby stipulate, by and through their respective counsel, to continue the dates by which the parties are required to complete non-expert and expert discovery. The current deadlines for completion of non-expert and expert discovery were set by the Court's April 20, 2012 Order Continuing Non-Expert and Expert Discovery Deadlines (Docket # 19).

SECOND STIPULATION AND ORDER CONTINUING NON-EXPERT AND EXPERT DISCOVERY DEADLINES; Case No.: 1:11-CV-01685-LJO-GSA
#1256342

1

The parties agree and respectfully request that the deadlines for non-expert and expert discovery be continued for thirty (30) days, as follows:

| Event | Deadline Set by Scheduling Conference Order | [Proposed] Continued Date |
|---|---|---|
| Non-Expert Discovery Cutoff | 7/2/12 | 8/1/12 |
| Expert Disclosure | 7/23/12 | 8/22/12 |
| Supplemental Expert Disclosure | 8/10/12 | 9/10/12 |
| Expert Discovery Cutoff | 8/30/12 | 10/1/12 |

The parties respectfully make this request because the parties believe that an approximately 30-day extension is mutually convenient for all counsel and parties and will give the parties additional time to continue settlement negotiations.

The parties have made one previous modification to the non-expert and expert discovery deadlines in the case through the Stipulation and Order Continuing Non-Expert and Expert Discovery Deadlines (Docket # 19).

The parties' current request for a continuance of the non-expert and expert discovery deadlines will not alter any other dates or deadlines set by Court order.

DATED:  May 29, 2012

LAW OFFICES OF ROGER A. MOORE

By: /s/Roger A. Moore
Roger A. Moore
Attorneys for Defendant
STEPHEN ESCOBAR

DATED:  May 29, 2012

TRUCKER ✦ HUSS

By: /s/ Clarissa A. Kang
Clarissa A. Kang
Attorneys for Plaintiff
SAVE MART SUPERMARKETS

SECOND STIPULATION AND ORDER CONTINUING NON-EXPERT AND EXPERT DISCOVERY DEADLINES; Case No.: 1:11-CV-01685-LJO-GSA
#1256342

2

I attest that my firm has obtained Mr. Moore's concurrence in the filing of this document.

DATED: May 29, 2012                         TRUCKER ✦ HUSS

By: /s/ Clarissa A. Kang
        Clarissa A. Kang

**ORDER**

The Court adopts the stipulation. All other orders contained in this Court's scheduling order issued on March 8, 2012 remain in full force and effect. The parties are advised that future requests to modify the above dates will be looked upon with disfavor as the deadline for filing pretrial motions is October 15, 2012.

IT IS SO ORDERED.

Dated:   **May 30, 2012**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

SECOND STIPULATION AND ORDER CONTINUING NON-EXPERT AND EXPERT DISCOVERY DEADLINES; Case No.: 1:11-CV-01685-LJO-GSA
#1256342

3