1  Clarissa A. Kang, SBN 210660
   ckang@truckerhuss.com
2  Michelle L. Schuller, SBN 255787
   mschuller@truckerhuss.com
3  TRUCKER ✦ HUSS
   A Professional Corporation
4  One Embarcadero Center, 12th Floor
   San Francisco, California  94111
5  Telephone:     (415) 788-3111
   Facsimile:     (415) 421-2017
6
   Attorneys for Plaintiff
7  SAVE MART SUPERMARKETS

8  Roger A. Moore, Esq. SBN: 146375
   Law Offices of Roger A. Moore
9  A Professional Corporation
10 2291 West March Lane, Ste. A-102
   Stockton, California 95207
11 Telephone: (209) 957-0007
   Facsimile: (209) 957-9007
12
   Attorney for Defendant
13 STEPHEN ESCOBAR

14

15                        UNITED STATES DISTRICT COURT

16                       EASTERN DISTRICT OF CALIFORNIA

17                                FRESNO DIVISION

   SAVE MART SUPERMARKETS,           Case No.:  1:11-CV-01685-LJO-GSA
18
              Plaintiff,
19                                    **SECOND STIPULATION AND ORDER
       vs.                            CONTINUING NON-EXPERT AND
20                                    EXPERT DISCOVERY DEADLINES**

21 STEPHEN ESCOBAR,

22            Defendant.

23

24       Plaintiff SAVE MART SUPERMARKETS and Defendant STEPHEN ESCOBAR hereby

25 stipulate, by and through their respective counsel, to continue the dates by which the parties are

26 required to complete non-expert and expert discovery.  The current deadlines for completion of

27 non-expert and expert discovery were set by the Court's April 20, 2012 Order Continuing Non-

28 Expert and Expert Discovery Deadlines (Docket # 19).

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

SECOND STIPULATION AND ORDER CONTINUING NON-EXPERT AND EXPERT DISCOVERY          1
DEADLINES; Case No.: 1:11-CV-01685-LJO-GSA
#1256342

The parties agree and respectfully request that the deadlines for non-expert and expert discovery be continued for thirty (30) days, as follows:

| Event | Deadline Set by Scheduling Conference Order | [Proposed] Continued Date |
|---|---|---|
| Non-Expert Discovery Cutoff | 7/2/12 | 8/1/12 |
| Expert Disclosure | 7/23/12 | 8/22/12 |
| Supplemental Expert Disclosure | 8/10/12 | 9/10/12 |
| Expert Discovery Cutoff | 8/30/12 | 10/1/12 |

The parties respectfully make this request because the parties believe that an approximately 30-day extension is mutually convenient for all counsel and parties and will give the parties additional time to continue settlement negotiations.

The parties have made one previous modification to the non-expert and expert discovery deadlines in the case through the Stipulation and Order Continuing Non-Expert and Expert Discovery Deadlines (Docket # 19).

The parties' current request for a continuance of the non-expert and expert discovery deadlines will not alter any other dates or deadlines set by Court order.

DATED:  May 29, 2012

LAW OFFICES OF ROGER A. MOORE


By:  /s/Roger A. Moore  _____
Roger A. Moore
Attorneys for Defendant
STEPHEN ESCOBAR

DATED:  May 29, 2012

TRUCKER ✦ HUSS


By:  /s/ Clarissa A. Kang  _____
Clarissa A. Kang
Attorneys for Plaintiff
SAVE MART SUPERMARKETS

SECOND STIPULATION AND ORDER CONTINUING NON-EXPERT AND EXPERT DISCOVERY DEADLINES; Case No.: 1:11-CV-01685-LJO-GSA
#1256342

2

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

I attest that my firm has obtained Mr. Moore's concurrence in the filing of this document.

DATED: May 29, 2012                    TRUCKER ✦ HUSS

By: /s/ Clarissa A. Kang
    Clarissa A. Kang

**ORDER**

The Court adopts the stipulation.  All other orders contained in this Court's scheduling order issued on March 8, 2012 remain in full force and effect.  The parties are advised that future requests to modify the above dates will be looked upon with disfavor as the deadline for filing pretrial motions is October 15, 2012.

IT IS SO ORDERED.

Dated:   **May 30, 2012**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111