Clarissa A. Kang, SBN 210660
ckang@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017

Attorneys for Plaintiff
SAVE MART SUPERMARKETS

Roger A. Moore, Esq. SBN: 146375
Law Offices of Roger A. Moore
A Professional Corporation
2291 West March Lane, Ste. A-102
Stockton, California 95207
Telephone: (209) 957-0007
Facsimile: (209) 957-9007

Attorney for Defendant
STEPHEN ESCOBAR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| SAVE MART SUPERMARKETS,<br><br>         Plaintiff,<br><br>    vs.<br><br>STEPHEN ESCOBAR,<br><br>         Defendant. | Case No.:  1:11-CV-01685-LJO-GSA<br><br>**THIRD STIPULATION AND ORDER CONTINUING NON-EXPERT DISCOVERY CUTOFF DEADLINE** |

     Plaintiff SAVE MART SUPERMARKETS and Defendant STEPHEN ESCOBAR hereby stipulate, by and through their respective counsel, to continue the date by which the parties are required to complete non-expert discovery.  The current deadline for the non-expert discovery cutoff was set by the Court's May 30, 2012 Order Continuing Non-Expert and Expert Discovery Deadlines (Docket # 21).

---

THIRD STIPULATION AND ORDER CONTINUING NON-EXPERT DISCOVERY CUTOFF DEADLINE;   1
Case No.: 1:11-CV-01685-LJO-GSA
#1264492

The parties agree and respectfully request that the deadline for the non-expert discovery cutoff be continued for thirty (30) days, as follows:

| **Event** | **Deadline Set by May 30, 2012 Order** | **[Proposed] Continued Date** |
|---|---|---|
| Non-Expert Discovery Cutoff | 8/1/12 | 8/31/12 |

The parties acknowledge the Court's advisement in its May 30, 2012 Order Continuing Non-Expert and Expert Discovery Deadlines that future requests to modify the discovery dates would be looked upon with disfavor. However, the parties respectfully make this request because the parties believe that an approximately 30-day extension is mutually convenient for all counsel and parties and will give the parties additional time to continue settlement negotiations.

The parties have made two previous modifications to the non-expert and expert discovery deadlines in the case through the Stipulation and Order Continuing Non-Expert and Expert Discovery Deadlines (Docket # 19) and the Second Stipulation and Order Continuing Non-Expert and Expert Discovery Deadlines (Docket # 21).

The parties' current request for a continuance of the non-expert discovery cutoff deadline will not alter any other dates or deadlines set by Court order.

DATED: June 27, 2012

    LAW OFFICES OF ROGER A. MOORE

    By: /s/Roger A. Moore
    Roger A. Moore
    Attorneys for Defendant
    STEPHEN ESCOBAR

DATED: June 27, 2012

    TRUCKER ✦ HUSS

    By: /s/Clarissa A. Kang
    Clarissa A. Kang
    Attorneys for Plaintiff
    SAVE MART SUPERMARKETS

I attest that my firm has obtained Mr. Moore's concurrence in the filing of this document.

DATED: June 27, 2012                     TRUCKER ✦ HUSS

By: /s/Clarissa A. Kang
      Clarissa A. Kang

## ORDER

Upon a review of the parties' stipulation, the new non-expert discovery deadline is August 31, 2012. All other previously amended discovery deadlines remain in effect. (Doc. 21). Additionally, all other dates and orders contained in this Court's Scheduling Order issued on March 8, 2012, remain in effect. (Doc. 17). The parties are advised that future modifications of this scheduling order will be looked upon with disfavor since the deadlines for filing pretrial motions is October 15, 2012.

IT IS SO ORDERED.

Dated:   **June 29, 2012**                     **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE